B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Eastern District of Michigan

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Green Tech Styles, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**26-2882900** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**54750 Grand River**<br>**New Hudson, MI**<br>ZIP Code **48165** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Oakland** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**     *** Geoffrey T. Pavlic P53770 ***
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Green Tech Styles, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) ||||
|---|---|---|---|
| Name of Debtor: **Larry E. Carlson** | Case Number: **15-30382** | Date Filed: **2/17/15** ||
| District: **Eastern District of Michigan** | Relationship: **100% Shareholder** | Judge: **Daniel S. Opperman** ||

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Green Tech Styles, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X /s/ Geoffrey T. Pavlic**
Signature of Attorney for Debtor(s)

**Geoffrey T. Pavlic P53770**
Printed Name of Attorney for Debtor(s)

**Steinberg Shapiro & Clark**
Firm Name

**25925 Telegraph Rd.**
**Suite 203**
**Southfield, MI 48033-2518**
Address

Email: pavlic@steinbergshapiro.com

**248-352-4700  Fax: 248-352-4488**
Telephone Number

**May 29, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Larry E. Carlson**
Signature of Authorized Individual

**Larry E. Carlson**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May 29, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

1800LawnGuru
29454 Haas Rd.
Wixom, MI 48393


ABTEK FINANCIAL
5841 Andersonville
Waterford, MI 48329


ALPHA METAL FINISHING CO.
8155 Huron St.
Dexter, MI 48130


ALRO STEEL CORPORATION
3199 E. High Street
Jackson, MI 49204-0927


APMAR USA, Inc.
175 PROGRESS AVE.
SPRINGFIELD, MA 01104


AUTO-EXCEL COLLISION, INC.
30870 WEST 8 MILE ROAD
FARMINGTON HILLS, MI 48336


BIENENSTOCK
30800 TELEGRAPH RD, SUITE 2925
BINGHAM FARMS, MI 48025


Blue Cross Blue Shield
P.O. 674416
Detroit, MI 48267


BROWN JIG GRINDING CO.
28005 Oakland Oaks Court
Wixom, MI 48393


CAN Capital Asset Servicing, Inc.
c/o Vincent Aubrey
155 North 400 West, Suite 301
Salt Lake City, UT 84103


CHARTER TOWNSHIP OF LYON
58000 GRAND RIVER AVE.
NEW HUDSON, MI 48165-9816

COMCAST
P O BOX 3005
SOUTHEASTERN, PA 19398-3005


COMCAST
P O BOX 37601
PHILADELPHIA, PA 19101-0601


COMPOSITES ONE
2359 East Kercher Road
Goshen, IN 46526


CONSUMERS ENERGY
530 West Willow Street
Lansing, MI 48937-0001


DE SCRIBE REPORTING, INC.
P.O. BOX 36
HIGHLAND, MI 48357


DHEA CONSULTING ASSOC., INC.
57060 Bonne Terre St.
New Hudson, MI 48165


DTE Energy
Box 740786
Cincinnati, OH 45274-0786


EAST-LIND HEAT TREAT
32045 Dequindre Rd
MADISON HEIGHTS, Mi 48071


EDWARD ANDREWS INTERNATIONAL
5410 Gatewood
Sterling Heights, MI 48310


Edward J. Giroux
2274 Addaleen
Highland, MI 48357


ELECTROLABS
18503 14 Mile Rd
Fraser, MI 48026

Fastenal Company
PO Box 978
Winona, MN 55987-0978


FED EX
P. O. Box 371461
Pittsburgh, PA 15250-7461


FEDEX TRADE
15704 COLLECTIONS CENTER DR
CHICAGO, IL 60693


FINAL TOUCH CO.
8537 RONDA DR
CANTON, MI 48187


Flame Harding Authority
49803 Leona
Chesterfield, MI 48051


FRED MESTER, P.C.
401 S. Old Woodward Avenue
Birmingham, MI 48009


GREEN OAKS GRINDING
10181 Colonial Industrial Dr
South Lyon, MI 48178


Holly Kravitz
728 Laramie
Wilmette, IL 60091


Huron Valley Bank
522 N. Main Street
Suite 100
Milford, MI 48381


IHC, INC. (Intl Hardcoat)
12400 Burt Rd.
Detroit, MI 48228


Image Quest Graphics
29269 Wall Street
Wixom, MI 48393

J & B Importers, Inc.
P O BOX 281528
Atlanta, GA 30384-1528


JADE MFG.
36535 GRANT ST.
ROMULUS, MI 48174


K AND K MACHINERY SERVICE
P O BOX 538, 58196 Bryson
Washington, MI 48094


KHS Bicycles
2840 East Harcourt
Compton, CA 90221


Lee Industrial Contracting
631 Cesar E Chavez Ave
Pontiac, MI 48342


McMILLAN & ASSOCIATES
2000 Grand River Annex
BRIGHTON, MI 48116


Merchant Discount Direct
1393 Veterans Hwy Ste 202s
Hauppauge, NY 11788


MILFORD TOWNSHIP TREASURER
1100 Atlantic
Milford, MI 48381


MOLLY MAID
2532 Harte Dr.
Brighton, MI 48114


OAKLAND COUNTY TREASURER
1200 N. Telegraph Rd.
Pontiac, MI 48341-0479


Overhead Door
2045 East M-78
East Lansing, MI 48823

PILOT FREIGHT SERVICES
P.O. Box 654058
Dallas, TX 75265-4058


PITNEY BOWES, INC.
P. O. Box 371896
Pittsburgh, PA 15250-7896


PRODUCTION TOOL SUPPLY
PO Box 670587
Detroit, MI 48267-0587


RAPIDS TUMBLE FINISH
1607 HULTS
EATON RAPIDS, MI 48827


Robert B. Goldi
Kotz Sangster Wysocki PC
400 Renaissance Center
Suite 3400
Detroit, MI 48243


STAPLES
PO BOX 689020
DES MOINES, IA 50368-9020


TIMO International
12340 East End Avenue
Chino, CA 91710


Timothy Galligan
39 S. Main Street
Suite 23
Clarkston, MI 48346


UNIPLAS
12654 W 10 MILE RD
SOUTH LYON, MI 48178


VERTICAL MACHINING SERVICES
37637 SCHOOLCRAFT RD
LIVONIA, MI 48150

WASTE MANAGEMENT (GRND RIVER)
48797 ALPHA DRIVE STE 150
WIXOM, MI 48393