B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Michigan

In re  **Green Tech Styles, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **ABTEK FINANCIAL**<br>5841 Andersonville<br>Waterford, MI 48329 | **ABTEK FINANCIAL**<br>5841 Andersonville<br>Waterford, MI 48329 | | | **7,000.00** |
| **ALPHA METAL FINISHING CO.**<br>8155 Huron St.<br>Dexter, MI 48130 | **ALPHA METAL FINISHING CO.**<br>8155 Huron St.<br>Dexter, MI 48130 | | | **4,406.03** |
| **ALRO STEEL CORPORATION**<br>3199 E. High Street<br>Jackson, MI 49204-0927 | **ALRO STEEL CORPORATION**<br>3199 E. High Street<br>Jackson, MI 49204-0927 | | | **24,408.69** |
| **AUTO-EXCEL COLLISION, INC.**<br>30870 WEST 8 MILE ROAD<br>FARMINGTON HILLS, MI 48336 | **AUTO-EXCEL COLLISION, INC.**<br>30870 WEST 8 MILE ROAD<br>FARMINGTON HILLS, MI 48336 | | | **3,057.50** |
| **Blue Cross Blue Shield**<br>P.O. 674416<br>Detroit, MI 48267 | **Blue Cross Blue Shield**<br>P.O. 674416<br>Detroit, MI 48267 | | | **12,000.00** |
| **BROWN JIG GRINDING CO.**<br>28005 Oakland Oaks Court<br>Wixom, MI 48393 | **BROWN JIG GRINDING CO.**<br>28005 Oakland Oaks Court<br>Wixom, MI 48393 | | | **7,880.00** |
| **CAN Capital Asset Servicing, Inc.**<br>c/o Vincent Aubrey<br>155 North 400 West, Suite 301<br>Salt Lake City, UT 84103 | **CAN Capital Asset Servicing, Inc.**<br>c/o Vincent Aubrey<br>155 North 400 West, Suite 301<br>Salt Lake City, UT 84103 | | Unliquidated<br>Disputed | **61,109.71** |
| **Edward J. Giroux**<br>2274 Addaleen<br>Highland, MI 48357 | **Edward J. Giroux**<br>2274 Addaleen<br>Highland, MI 48357 | | Unliquidated | **10,000.00** |
| **FED EX**<br>P. O. Box 371461<br>Pittsburgh, PA 15250-7461 | **FED EX**<br>P. O. Box 371461<br>Pittsburgh, PA 15250-7461 | | | **24,157.89** |

B4 (Official Form 4) (12/07) - Cont.

In re **Green Tech Styles, Inc.**        Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **FEDEX TRADE** 15704 COLLECTIONS CENTER DR CHICAGO, IL 60693 | **FEDEX TRADE** 15704 COLLECTIONS CENTER DR CHICAGO, IL 60693 | | | 3,559.81 |
| **Flame Harding Authority** 49803 Leona Chesterfield, MI 48051 | **Flame Harding Authority** 49803 Leona Chesterfield, MI 48051 | | | 3,000.00 |
| **Holly Kravitz** 728 Laramie Wilmette, IL 60091 | **Holly Kravitz** 728 Laramie Wilmette, IL 60091 | | Unliquidated Disputed | 45,000.00 |
| **Lee Industrial Contracting** 631 Cesar E Chavez Ave Pontiac, MI 48342 | **Lee Industrial Contracting** 631 Cesar E Chavez Ave Pontiac, MI 48342 | | Unliquidated Disputed | 40,000.00 |
| **McMILLAN & ASSOCIATES** 2000 Grand River Annex BRIGHTON, MI 48116 | **McMILLAN & ASSOCIATES** 2000 Grand River Annex BRIGHTON, MI 48116 | | | 3,700.00 |
| **Merchant Discount Direct** 1393 Veterans Hwy Ste 202s Hauppauge, NY 11788 | **Merchant Discount Direct** 1393 Veterans Hwy Ste 202s Hauppauge, NY 11788 | | | 8,620.00 |
| **MILFORD TOWNSHIP TREASURER** 1100 Atlantic Milford, MI 48381 | **MILFORD TOWNSHIP TREASURER** 1100 Atlantic Milford, MI 48381 | | | 4,145.21 |
| **PRODUCTION TOOL SUPPLY** PO Box 670587 Detroit, MI 48267-0587 | **PRODUCTION TOOL SUPPLY** PO Box 670587 Detroit, MI 48267-0587 | | | 5,562.58 |
| **TIMO International** 12340 East End Avenue Chino, CA 91710 | **TIMO International** 12340 East End Avenue Chino, CA 91710 | | Unliquidated Disputed | 60,543.00 |
| **UNIPLAS** 12654 W 10 MILE RD SOUTH LYON, MI 48178 | **UNIPLAS** 12654 W 10 MILE RD SOUTH LYON, MI 48178 | | | 11,957.00 |
| **VERTICAL MACHINING SERVICES** 37637 SCHOOLCRAFT RD LIVONIA, MI 48150 | **VERTICAL MACHINING SERVICES** 37637 SCHOOLCRAFT RD LIVONIA, MI 48150 | | | 8,407.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Green Tech Styles, Inc.** Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **May 29, 2015**    Signature **/s/ Larry E. Carlson**
**Larry E. Carlson**
**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.